372 A.2d 833
Commonwealth v. Allen, Appellant.

Submitted December 16, 1975. Gerald P. Ginley, and Stack, Ginley & Gallagher, for appellant; Antoinette R. Freeman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.